IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA J. CARTER,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-CV-4941** |
| : | |
| **TACONY CROSSING 2021 LLC,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this    12th    day of April 2023, for the reasons set forth in the foregoing memorandum, it is hereby **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE;**

2. No leave to amend will be granted; and

3. The Clerk of Court shall **CLOSE** this case.

                                   **BY THE COURT:**

                                   **/s/ Harvey Bartle III**
                                   **HARVEY BARTLE III, J.**